11-MC-05007-ORD

FILED _____ LODGED
_____ RECEIVED

APR 11 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEGGY KANE,

    Defendant,

and

DEFERRED COMPENSATION PROGRAM, STATE OF WASHINGTON,

    Garnishee.

No. 11-mc-5007 BHS

(CR10-5267RJB-1)

[PROPOSED] ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment against Deferred Compensation Program, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Deferred Compensation Program whose address is Att: Dina Morrow, 6835 Capitol Blvd., Tumwater, WA 98501.

DATED this \_\_11\_\_ day of April, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney